■ In the Matter of SABRINA H. and Another, Infants. GAIL S., Appellant; NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [666 NYS2d 531] —Order unanimously affirmed without costs. Memorandum: Family Court properly dismissed the petition of the biological mother, who sought to revoke the

judicial surrender of her children because the conditions of the surrender were violated. While petitioner may petition the court for enforcement of the surrender's terms (*see, Matter of Patricia YY. v Albany County Dept. of Social Servs.*, 238 AD2d 672; *Matter of Gerald T.*, 211 AD2d 17, 20-21), she is not entitled to revocation of the surrender "in the absence of [a showing of] fraud, duress or coercion" (*Matter of Amanda B.*, 206 AD2d 636, 636-637; *see, Matter of Baby Boy Joseph*, 214 AD2d 1049; Social Services Law § 383-c). (Appeal from Order of Niagara County Family Court, Halpin, J.—Adoption.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.